UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARTIN A. JONES,<br><br>    Petitioner,<br> v.<br><br>JEFFREY UTTECHT, Superintendent, Coyote Ridge Correctional Center,<br><br>    Respondent. | CASE NO. 3:22-cv-05371-TL<br><br>ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed Petitioner Martin A. Jones' Motion to File Overlength Brief (Dkt. No. 14) in response to the Report and Recommendation (Dkt. No. 13), GRANTS the motion. Petitioner requests leave to file an eighteen-page brief, which is six pages longer than is allowed under Local Civil Rule 72[1] for objections to a report and recommendation. Petitioner argues that additional pages are needed to address the sheer volume of the record and the twenty-nine-page

---

[1] The Local Civil Rules have since been amended to provide word limits, rather than page limits. That change does not alter the Court's analysis, given that Petitioner has already filed his overlength Objections and Respondent has filed a response without asking for additional pages to brief any issues.

ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF - 1

Report and Recommendation. The Court FINDS good cause to allow additional briefing and ACCEPTS the Objections as filed.

The Clerk is DIRECTED to provide copies of this Order to all Counsel.

Dated this 21st day of March 2023.

Tana Lin
United States District Judge